1 | Michael A. Taibi, Esq. SBN.160041
2 | TAIBI AND ASSOCIATES, APC
    750 B Street, Suite 2510
3 | San Diego, CA 92101
    Telephone: (619) 354-1798
4 | Facsimile: (619) 784-3168:  email: taibiandassociates@gmail.com

5 | Attorney for Plaintiff JERRY JACKSON

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON, | Case No. 3:21-cv-00268-CAB-BLM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SOLO GROUP MANAGEMENT, INC. dba MONELLO, et al. | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, JERRY JACKSON, and Defendants, SOLO GROUP MANAGEMENT, INC. dba MONELLO (Hereby known as the "Parties"), have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated by and between the Parties for review and approval. Upon the execution and receipt of the required signatures, an executed Joint Motion to Dismiss for the entire action, with prejudice, will be filed with the court by Plaintiff's attorney.

IT IS SO STIPULATED.

1 | Dated: March 25, 2021

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.
Attorney for the Plaintiff
JERRY JACKSON

CERTIFICATE OF SERVICE
Case No. 3:21-cv-00268-CAB-BLM

I, Michael A. Taibi, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 750 B Street, Suite 2510, San Diego, California 92101, which is located in the city, county and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 25th day of March 2021, to all parties of record.

the following:

NOTICE OF SETTLEMENT

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of March 2021, at San Diego, California.

/s/ Michael A. Taibi
MICHAEL A. TAIBI