UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SOLO GROUP MANAGMENT, INC., JMAN AT THE Q, L.P.  AND DOES 1-10,<br><br>　　　　　　　　　　Defendants. | Case No.:  21CV268-CAB(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT SETTING DEADLINE TO FILE VOLUNTARY DISMISSAL OR STIPULATION FOR DISMISSAL** |

　　　In a notice of settlement dated March 25, 2021, counsel for Plaintiff informed the Court that "Plaintiff, JERRY JACKSON, and Defendants SOLO GROUP MAMANGEMENT, INC. dba MONELLO (Hereby known as the "Parties"), have reached a settlement in the above-referenced case." ECF No. 7.  Because the case has settled as to Defendant SOLO GROUP MAMANGEMENT, INC. dba MONELLO, all other pending dates before Magistrate Judge Major are hereby vacated as to this Defendant only.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

　　　The Court notes that and Defendant SOLO GROUP MAMANGEMENT, INC. dba MONELLO has not served an answer or a motion for summary judgment. See Docket.  Accordingly, Plaintiff is ordered to file his voluntary dismissal of the case or a stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than no later than **April 29, 2021**.  If Plaintiff files a stipulation for dismissal, a proposed order on the stipulation for dismissal must

be e-mailed to the district judge's chambers[1] on the same day.  If the signed stipulation for dismissal or voluntary dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed stipulation for dismissal or voluntary dismissal is not filed by **April 29, 2021**, then Plaintiff's counsel of record is required to appear in person for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **May 6, 2021** at **9:30 a.m.** in **Courtroom 4C**.

If counsel of record for Plaintiff fails to appear at the Settlement Disposition Conference, or Plaintiff fails to file the voluntary dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

Because this case has not been settled in its entirety, all dates remain in effect for the remaining parties.

**IT IS SO ORDERED**.

Dated:  3/26/2021

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.