Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168;  email: taibiandassociates@gmail.com

Attorney for Plaintiff JERRY JACKSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SOLO GROUP MANAGEMENT, INC<br>dba MONELLO,<br>et al.<br><br>　　　　　　　　Defendants. | Case No. 3:21-cv-00268-CAB-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) (A) (I).** |

PLEASE TAKE NOTICE that:

　　Plaintiff, JERRY JACKSON, through his attorney, Michael A. Taibi, Esq., hereby voluntarily dismisses with prejudice, the entire action against all defendants.

　　This dismissal is made pursuant to F.R. Civ. P. 41(a)(1)(A)(i).

Dated: April 26, 2021　　　　　　　　/s/ Michael a. Taibi, Esq.
　　　　　　　　　　　　　　　　　　MICHAEL A. TAIBI, ESQ
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　JERRY JACKSON

1

CERTIFICATE OF SERVICE
3:21-cv-00268-CAB-BLM

I, Michael A. Taibi, Esq., Certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place:

I do hereby certify that the foregoing was served via court's electronic mailing service to all parties of record on April 26, 2021.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) (A) (i).**

I SWEAR AND DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of April 2021, at San Diego, California.

/s/Michael A. Taibi, Eq.
Michael W. Taibi